

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

GWEN M. ROWLING, § No. 08-16-00297-CV

Appellant, § Appeal from the

v. § 41st District Court

HARRY H. ROWLING, § of El Paso County, Texas

Appellee. § (TC# 2015DCV-0770)

§

# O R D E R

The Court has received and filed the supplemental clerk's record requested in this Court's order issued on December 2, 2016.  In an order signed on January 17, 2017, the trial court sustained the contest filed by Appellee to Appellant's affidavit of indigency.  The trial court further ordered that Appellant must pay the costs associated with the appeal.  The appeal is reinstated.  Appellee's motion to dismiss will be submitted on February 1, 2017.  The reporter's record is due to be filed in this Court on or before February 18, 2017, subject to the Court's ruling on the motion to dismiss.

IT IS SO ORDERED this 19th day of January, 2017.


PER CURIAM


Before McClure, C.J., Rodriguez and Palafox, JJ.